## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN ETHERIDGE JEFFERSON                                                   PLAINTIFF

v.                            NO. 4:10CV02037 JLH

SAMANTHA GRABHER, Director,
Lonoke County Detention                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, the complaint of John Jefferson is dismissed without prejudice.

IT IS SO ORDERED this 21st day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE